Gordon M. Fauth, Jr. (SBN: 190280)
LITIGATION LAW GROUP
1801 Clement Avenue, Suite 101
Alameda, California 94501
Telephone (510) 238-9610
Facsimile (510) 337-1431

Donna Echiverri-Beckham (SBN: 157088)
Kae Hope Ranoa (SBN: 298366)
900 Alice St. Suite 320
Oakland, CA 94607
Tel. No. (650) 756-7777

Attorneys for Plaintiff Gary McDaniel

**IT IS SO ORDERED**
Judge Yvonne Gonzalez Rogers
December 30, 2016

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| GARY MCDANIEL,<br><br>  Plaintiff,<br>  v.<br>HILTON CONCORD; INTERSTATE MANAGEMENT COMPANY, LLC; and DOES 1 through 10, inclusive,<br><br>  Defendants | Case No. 4:15-cv-05196-YGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**TO THE CLERK OF THE COURT, ALL COUNSEL OF RECORD, AND ALL OTHER INTERESTED PERSONS:**

PLEASE TAKE NOTICE THAT Plaintiff Gary McDaniel does hereby voluntarily dismiss this action in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1). Such dismissal shall be with prejudice, with each party to bear its own costs and fees.

                                        Respectfully submitted,

                                        LITIGATION LAW GROUP

Date: December 29, 2016        By: /s/ Gordon M. Fauth, Jr.

                                        Gordon M. Fauth, Jr.
                                        1801 Clement Avenue, Suite 101
                                        Alameda, California 94501
                                        Telephone (510) 238-9610
                                        Facsimile (510) 337-1431

                                        Donna Echiverri-Beckham
                                        Kae Hope Ranoa
                                        900 Alice St. Suite 320
                                        Oakland, CA 94607
                                        Tel. No. (650) 756-7777

                                        Attorneys for Plaintiff Gary McDaniel

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE